CHRISTINE M. PAJAK (State Bar No. 217173), and
GABRIEL I. GLAZER (State Bar No. 246384), Members of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
E-Mail: cpajak@stutman.com, gglazer@stutman.com

Counsel for the OWNIT Liquidating Trust

**FILED & ENTERED**

**DEC 21 2012**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY pgarcia    DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

In re

OWNIT MORTGAGE
SOLUTIONS, INC.,

        Debtor.

) Case No. 1:06-12579 VK
)
) Chapter 11
)
)
) **ORDER APPROVING MOTION FOR AN ORDER:**
)
) **(I) APPROVING THE FINAL REPORT OF THE OWNIT LIQUIDATING TRUST,**
)
) **(II) APPROVING THE FINAL DISTRIBUTION OF FUNDS AND DISSOLVING THE OWNIT LIQUIDATING TRUST,**
)
) **(III) APPROVING THE DESTRUCTION OF DOCUMENTS,**
)
) **(IV) DISCHARGING THE OWNIT LIQUIDATING TRUSTEE AND HIS PROFESSIONALS FROM LIABILITY AND ANY FURTHER DUTIES OR OBLIGATIONS;**
)
) **(V) FINDING THAT THE LIQUIDATING TRUST HAS BEEN FULLY ADMINISTERED AND SHALL HAVE NO FURTHER LIABILITY TO ANY PARTY OTHER THAN TO THOSE PROFESSIONALS WHO ARE PROVIDING SERVICES TO THE TRUST IN ORDER TO CLOSE THE CASE AND TO FILE FINAL TAX RETURNS; AND**
)
) **(VI) ENTERING A FINAL DECREE**
)
)           **Hearing Date**
)
) Date:       December 6, 2012
) Time:       2:30 p.m.
) Location:   Courtroom 301
)             21041 Burbank Blvd.
)             Woodland Hills, CA 91367
)
)
)

568671v2

Upon consideration of the "Motion for an Order: (I) Approving The Final Report Of The Ownit Liquidating Trust, (II) Dissolving The Ownit Liquidating Trust, (III) Approving The Destruction Of Documents, (IV) Discharging The Ownit Liquidating Trustee And His Professionals From Liability And Any Further Duties Or Obligations; (V) Finding That The Liquidating Trust Has Been Fully Administered And Shall Have No Further Liability To Any Party Other Than To Those Professionals Who Are Providing Services To The Trust In Order To Close The Case And To File Final Tax Returns; And (VI) Entering A Final Decree" (the "**Motion**"),[1] which came on for hearing on December 6, 2012 at 2:30 p.m. before the Honorable Victoria Kaufman, United States Bankruptcy Judge; and upon the review and consideration of the annexed Declaration of M. Freddie Reiss filed in support of the Motion (the "**Reiss Declaration**") and the Final Report attached thereto; it appearing to the Court that the relief requested in the Motion is fair and reasonable and in the best interests of the Debtor's estate and the Ownit Liquidating Trust (the "**Liquidating Trust**"); it appearing that notice of the Motion was appropriate; and other good cause appearing,

**IT IS HEREBY ORDERED** that

1. The Motion is granted, as modified herein.

2. The Final Report, attached to the Reiss Declaration as Exhibit "1", is approved.

3. After making payment of, and reserving for, (i) fees incurred by the Liquidating Trustee and his professionals, (ii) UST fees, (iii) State Tax Reserve (as defined below), and (iv) any other administrative expenses, the Liquidating Trust is authorized to distribute the remaining assets of the Liquidating Trust to beneficiaries of the Liquidating Trust who hold the twenty-five largest claims in the Case (the "**Final Distribution**").

4. Any Final Distribution that is not cashed by the intended recipient within three months after such distribution is made is hereby deemed to be Unclaimed Funds, and the Liquidating Trust is hereby authorized and directed to transfer such funds to the Charity (as defined below).

---

[1] Terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

568671v2

5. In the event that any amounts remain following the Final Distribution, all such amounts shall be donated to the newly established pro bono program at the California Bankruptcy Forum (the "**Charity**").

6. The Liquidating Trust is authorized to reserve the amounts necessary (approximately $20,000) to pay and reconcile state tax and payroll obligations (the "**State Tax Reserve**"). Any portion of the State Tax Reserve that is not required to satisfy any such obligations, and which remains more than one year after the entry of this Order, will be deemed Unclaimed Funds and will be donated to the Charity.

7. With the exception of the documents that support the Final Report, including, among other things, the documents that support the Claims, the distributions made on account of such Claims, and all records relating to unsettled tax obligations (collectively, the "**Final Report Documents**"), the Liquidating Trust is hereby authorized to destroy all other documents immediately. With respect to the Final Report Documents, such documents may be destroyed on the six-month anniversary of the entry of the final decree.

8. Subject to the Liquidating Trust making the Final Distribution as set forth herein, the Liquidating Trustee and its professionals, including the firm of FTI Consulting and M. Freddie Reiss, are hereby discharged of all liability in connection with the exercise and performance of their duties under the Liquidating Trust Agreement.

9. Subject to the Liquidating Trust making the Final Distribution as set forth herein, the Liquidating Trust has been fully administered and is hereby dissolved. The Liquidating Trust shall have no further liability to any party other than to those professionals who are providing services to the Liquidating Trust in order to close the Case and to file final tax returns.

10. The Ownit Trust Committee is hereby dissolved.

11. The Status Conference scheduled for January ~~13~~ *10*, ~~2012~~ *2013* is hereby vacated and taken off calendar.

12. A final decree is hereby entered in this Case.

13. The Case is hereby closed, effective as of the date of entry of this order.

568671v2

14. The Court retains jurisdiction to reopen this Case under Bankruptcy Code section 350(b).

Submitted by:

*/s/* Christine M. Pajak

CHRISTINE M. PAJAK,
GABRIEL I. GLAZER, and
KATHRYN C. GOSE, Members of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION

Counsel for the OWNIT Liquidating Trust

###

DATED: December 21, 2012

United States Bankruptcy Judge

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067

A true and correct copy of the foregoing document entitled **ORDER APPROVING MOTION FOR AN ORDER: (I) APPROVING THE FINAL REPORT OF THE OWNIT LIQUIDATING TRUST, (II) APPROVING THE FINAL DISTRIBUTION OF FUNDS AND DISSOLVING THE OWNIT LIQUIDATING TRUST, (III) APPROVING THE DESTRUCTION OF DOCUMENTS, (IV) DISCHARGING THE OWNIT LIQUIDATING TRUSTEE AND HIS PROFESSIONALS FROM LIABILITY AND ANY FURTHER DUTIES OR OBLIGATIONS; (V) FINDING THAT THE LIQUIDATING TRUST HAS BEEN FULLY ADMINISTERED AND SHALL HAVE NO FURTHER LIABILITY TO ANY PARTY OTHER THAN TO THOSE PROFESSIONALS WHO ARE PROVIDING SERVICES TO THE TRUST IN ORDER TO CLOSE THE CASE AND TO FILE FINAL TAX RETURNS; AND (VI) ENTERING A FINAL DECREE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 12/13/12 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 12/13, 2012, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F. R. Civ. P. 5 and/or controlling LBR, on , 2012, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/13/12 | Sally A. Miller | /s/ *Sally A. Miller* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

568671v2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:

Post Confirmation Service List
(Revised 1/31/12)
Ownit Mortgage Solutions, Inc.
Document No. 470075

Honorable Victoria Kaufman
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 301
Woodland Hills, CA 91367

Office of the U.S. Trustee
Jennifer Braun, Esq.
21051 Warner Center Lane
Suite 115
Woodland Hills, CA 91367

Mediator
Kimberly S. Winick, Esq.
Clark & Trevithick
800 Wilshire Blvd., 12th Floor
Los Angeles, CA 90017

Attorney/UBS Real Estate Sec.
Alan Marder, Esq.
Meyer, Suozzi, English & Klein, PC
990 Stewart Ave., Suite 300
P.O. Box 9194
Garden City, NY 11530

Attorney/FDIC as receiver for
Irwin Union Bank and Trust
Stephanie Krafchak, Esq.
Krafchak & Lynch
2029 Century Park East, Suite 900
Los Angeles, CA 90067

Attorney/Irwin Home Equity Corp
Tina M. Pivonka, Esq.
Mulvaney, Kahan & Barry LLP
401 West "A" St., 17th Floor
San Diego, CA 92101

Ownit Liquidating Trustee
M. Freddie Reiss/Amir Agam
FTI Consulting, Inc.
633 West Fifth Street, 16th Floor
Los Angeles, CA 90071-2889

Counsel to WARN Plaintiffs
Daniel I. Barness, Esq.
Spiro Moss Barness LLP
11377 W. Olympic, 5th Fl.
Los Angeles, CA 90064

Sp. Counsel to Ownit Liq. Trust
Ira Kharasch/Linda Cantor/Jonathan Kim
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

Sp. Counsel to Ownit Liq. Trust
Jeffrey K. Garfinkle, Esq.
Buchalter Nemer
18400 Von Karman Ave., Ste. 800
Irvine, CA 92612

Counsel to Cloverlink Systems
James A. Hayes, Jr., Esq.
A Professional Law Corporation
34300 Lantern Bay Dr., Unit 51
Dana Point, CA 92629

Credit Suisse/DLJ Mortgage Capital
Megan Kane
Credit-Suisse
11 Madison Avenue
New York, NY 10010-3629

Security Pacific Home Loans
Nectar Kalajian
Security Pacific Home Loans
1907 Country Lane
Pasadena, CA 91107

Countrywide HomeLoans/BofA
Attn: Paul T. Liu
MC CA7-910-01-03
4500 Park Granada
Calabasas, CA 91302

Neil Luria
RFC
15900 South Park Boulevard
Cleveland, OH 44120

John G. Ruckdaschel, Esq.
GMAC-RFC
8400 Normandale Lake Blvd., Ste 350
Minneapolis, MN 55437-1059

Counsel to Residential Funding
Stephen D. Lerner, Esq.
Squire Sanders & Dempsey, LLP
221 E. Fourth St., Suite 2900
Cincinnati, OH 45202-4095

Rep. of Nomura Credit & Capital
Juliet F. Buck
Nomura Securities International
2 World Financial Ctr., Bldg. B
New York, NY 10281

Counsel to Nomura Credit & Capital, Inc.
Lorraine McGowen, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

Counsel to Clear Capital.com, Inc.
Attn: H. Hukari, Gen. Counsel
Clear Capital
10875 Pioneer Trail
Truckee, CA 96161

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
568671v2

**F 9013-3.1.PROOF.SERVICE**

Ofc Unemp. Comp. Tax Services etc.
Timothy A. Bortz
UC Tax Agent/Bankruptcy Rep.
625 Cherry Street, Room 203
Reading, PA  19602-1184

Counsel to Mortgage Elec. Regis. Sys.
Brian A. Paino/Alison Maloof
Pite Duncan, LLP
P.O. Box 17933
San Diego, CA  92177-7921

Counsel to Graystone Solutions et al.
Parisa Sadoughianzadeh, Esq.
Pite Duncan, LLP
4375 Jutland Drive, Suite 200
San Diego, CA  92117

William D. Dallas
c/o Susan Wolf, Esq.
Seyfarth Shaw LLP
333 S. Hope Street, Suite 3900
Los Angeles, CA  90067-3021

C-Bass Liquidation Trust
Clifford A. Zucker, As Liquidation Trustee
c/o J.H. Cohn LLP
333 Thornall St.
Edison, NJ  08837

Michael Press
Pontus Capital
7825 Fay Avenue; Suite 360
La Jolla, CA  92037

Counsel to Merrill Lynch Mortgage
Lance Jurich and Derrick Talerico
Loeb & Loeb
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067

Irene Cannon-Geary
Office of General Counsel
Deloitte & Touche USA LLP
1633 Broadway
New York, NY  10019

Counsel to LaSalle Bank Nat'l Assoc.
Alston & Bird LLP
Attn: J. William Boone
1201 West Peachtree Street
Atlanta, GA  30309-3424

William D. Dallas
32123 W. Lindero Cyn Rd., #204
Westlake Village, CA 91361

Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022
Attn:  Mark T. Power

David Boberg
Countrywide Home Loans, Inc.
4500 Park Granada
Calabasas, CA 91302

Daniel Cohen, Default-Restr Act Mgr
Wells Fargo Bank -Corp. Trust Serv.
9062 Old Annapolis Road
MAC N2702-011
Columbia, MD  21045

Collateral Risk Solutions, Inc.
Law Office of William P. Fennell
1111 Sixth Avenue, Suite 404
San Diego, CA  92101

Counsel Countrywide FC/Credit Suisse
Robert A. Trodella, Jr.
Jones Day
555 California, 26th Floor
San Francisco, CA 94104

Counsel BAC HL fka Countrywide
Richard J. Bauer, Jr., Esq.
Miles, Bauer, Bergstrom & Winters
1231 E. Dyer Rd., Ste. 100
Santa Ana, CA 92705

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
568671v2

F 9013-3.1.PROOF.SERVICE

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER APPROVING MOTION FOR AN ORDER:  (I) APPROVING THE FINAL REPORT OF THE OWNIT LIQUIDATING TRUST, (II) APPROVING THE FINAL DISTRIBUTION OF FUNDS AND DISSOLVING THE OWNIT LIQUIDATING TRUST, (III) APPROVING THE DESTRUCTION OF DOCUMENTS, (IV) DISCHARGING THE OWNIT LIQUIDATING TRUSTEE AND HIS PROFESSIONALS FROM LIABILITY AND ANY FURTHER DUTIES OR OBLIGATIONS; (V) FINDING THAT THE LIQUIDATING TRUST HAS BEEN FULLY ADMINISTERED AND SHALL HAVE NO FURTHER LIABILITY TO ANY PARTY OTHER THAN TO THOSE PROFESSIONALS WHO ARE PROVIDING SERVICES TO THE TRUST IN ORDER TO CLOSE THE CASE AND TO FILE FINAL TAX RETURNS; AND (VI) ENTERING A FINAL DECREE** was entered on the date indicated as _, 2012 on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order.  As of *December 14, 2012*, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

☒  Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

☐  Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☒  Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9021-1.1.NOTICE.ENTERED.ORDER**

568671v2

**1.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

John B Acierno on behalf of Creditor CHASE HOME FINANCE
ecfcacb@piteduncan.com, jacierno@mrllp.com;jjacobs@mrllp.com;fbaig@mrllp.com

Andrew K Alper on behalf of Defendant Canon Financial Services, Inc.
aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com

Wesley H Avery on behalf of Creditor CB Richard Ellis for TCAM Core Property Fund Operations LP
wamiracle6@yahoo.com

Julian K Bach on behalf of Counter-Defendant JPMORGAN CHASE BANK, N.A. and J.P. MORGAN MORTGAGE ACQUISITION CORP.
Julian@Jbachlaw.com

Daniel I Barness on behalf of Creditor Amy Eberly
daniel@spiromoss.com

Richard J Bauer on behalf of Creditor BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDER S CWABS, INC.
rbauer@mileslegal.com

Jennifer A Bender on behalf of Defendant Roup & Associates
bankruptcy@zievelaw.com

Rudolph E Brandes on behalf of Defendant Equity Investment Services, Inc.
rbrandes@goodmanfaith.com

Linda F Cantor on behalf of Debtor Ownit Mortgage Solutions, Inc.
lcantor@pszjlaw.com, lcantor@pszjlaw.com

Carol Chow on behalf of Attorney Stutman Treister & Glatt Professional Corporation
CChow@Stutman.com

Deborah Conley on behalf of Interested Party Courtesy NEF
bkmail@prommis.com

Theron S Covey on behalf of Creditor America's Servicing Company
tcovey@coveylawpc.com

Jennifer Witherell Crastz on behalf of Creditor HSBC BANK USA, N.A., as Trustee
jcrastz@hemar-rousso.com

Nicolas A Daluiso on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY
ndaluiso@robinsontait.com

Mark Domeyer on behalf of Creditor MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
mdomeyer@mileslegal.com

William P Fennell on behalf of Creditor Collateral Risk Solutions
william.fennell@fennelllaw.com,
lisa.torres@fennelllaw.com;luralene.schultz@fennelllaw.com;tracy.schim@fennelllaw.com

Ryan S Fife on behalf of Defendant U.S. Specialty Insurance Company
ryan.fife@dbr.com, mary.avila@dbr.com;docket_la@dbr.com

Parisa Fishback on behalf of Creditor GMAC Mortgage, LLC as servicing agent for Mortgage Electronic Registration Systems, Inc., Solely as Nominee for OwnIt Mortgage Solutions, Inc., its successors and/or assigns
pfishback@fishbacklawgroup.com

Brian D Fittipaldi on behalf of U.S. Trustee United States Trustee (SV)
brian.fittipaldi@usdoj.gov

Mitchell C Frederick on behalf of Defendant MDA Mindbox, Inc.
mfrederick@bergmandacey.com

Jeffrey K Garfinkle on behalf of Debtor Ownit Mortgage Solutions, Inc.
bkgroup@buchalter.com,
jgarfinkle@buchalter.com;docket@buchalter.com;svanderburgh@buchalter.com

Scott F Gautier on behalf of Creditor Spirent Communications
sgautier@peitzmanweg.com

Daniel H Gill on behalf of Defendant Joseph Manlapaz, Jr.
ecf@ebg-law.com, dgill@ebg-law.com

Gabriel I Glazer on behalf of Attorney Stutman Treister & Glatt Professional Corporation
gglazer@stutman.com

Michael S Greger on behalf of Creditor WA-Bellevue Gateway LLC
mgreger@allenmatkins.com

Brian T Harvey on behalf of Interested Party Courtesy NEF
bharvey@buchalter.com, IFS_filing@buchalter.com;rreeder@buchalter.com

Daniel L Hembree on behalf of Creditor MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., OWNIT MORTGAGE SOLUTIONS, INC., its successors and/or assigns
ecfcacbsfv@piteduncan.com

Jeffery D Hermann on behalf of Creditor NOMURA CREDIT & CAPITAL, INC.
jhermann@orrick.com

Eric D. Houser on behalf of Creditor Auroroa Loan Services LLC
scleere@houser-law.com

James KT Hunter on behalf of Counter-Claimant Ownit Mortgage Solutions, Inc.
jhunter@pszjlaw.com

Lemuel B Jaquez on behalf of Creditor The Bank of New York Mellon, as Trustee...
bjaquez@mileslegal.com

Jeanne M Jorgensen on behalf of Cross-Claimant UBS Real Estate Securities, Inc.
jjorgensen@pj-law.com, esorensen@pj-law.com

Lance N Jurich on behalf of Creditor Merrill Lynch Mortgage Capital Inc
ljurich@loeb.com, kpresson@loeb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**
568671v2

Jonathan J Kim on behalf of Attorney Pachulski Stang Ziehl Young Jones & Weintraub LLP
jkim@pszjlaw.com, jkim@pszjlaw.com

Andy Kong on behalf of Creditor GENUINE HOME LOANS, INC, its successors and/or assigns
Kong.Andy@ArentFox.com

Mette H Kurth on behalf of Creditor GENUINE HOME LOANS, INC, its successors and/or assigns
mkurth@sheppardmullin.com

Leib M Lerner on behalf of Creditor Credit-Based Asset Servicing and Securitization, LLC
leib.lerner@alston.com

Stephen D Lerner on behalf of Creditor Residential Funding Company LLC
stephen.lerner@squiresanders.com

Matthew A Lesnick on behalf of Creditor Gallagher Financial System Inc
matt@lesnickprince.com

~~Amy Liang on behalf of Defendant Specialized Loan Servicing LLC~~
~~aliang@pldlawyers.com~~

Kenderton S Lynch on behalf of Defendant FDIC as Receiver for Irwin Union Bank and Trust Company
kenlynchlaw@aol.com

William Malcolm on behalf of Creditor JPMorgan Chase Bank, N.A
bill@mclaw.org

Alison J Maloof on behalf of Creditor MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., OWNIT MORTGAGE SOLUTIONS, INC., its successors and/or assigns
ecfcacbrs@piteduncan.com, steve@thebklawyers.com

Kyle J Mathews on behalf of Creditor U.S. Bank National Association, as trustee
kmathews@sheppardmullin.com

David E McAllister on behalf of Creditor Home Loan Services Inc
ecfcacb@piteduncan.com

Christopher M McDermott on behalf of Interested Party Courtesy NEF
ecfcacb@piteduncan.com

Scotta E McFarland on behalf of Debtor Ownit Mortgage Solutions, Inc.
smcfarland@pszjlaw.com, smcfarland@pszjlaw.com

David J Mccarty on behalf of Creditor U.S. Bank National Association, as trustee
dmccarty@sheppardmullin.com, pibsen@sheppardmullin.com

Avi Muhtar on behalf of Plaintiff OWNIT Liquidating Trust
amuhtar@gmail.com

Christina M Padien on behalf of Creditor Sourcecorp BPS, Southern California, Inc.
cpadien@akingump.com, tsouthwell@akingump.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                     **F 9013-3.1.PROOF.SERVICE**
568671v2

Brian A Paino on behalf of Creditor MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., OWNIT MORTGAGE SOLUTIONS, INC., its successors and/or assigns
ecfcacb@piteduncan.com

Christine M Pajak on behalf of Creditor Committee Of Unsecured Creditors
cpajak@stutman.com

Tina M Pivonka on behalf of 3rd Party Plaintiff Irwin Home Equity Corporation
tpivonka@mkblaw.com, jconley@mkblaw.com

David M Poitras on behalf of Creditor Document Systems Inc
dpoitras@jmbm.com

Jason S Pomerantz on behalf of Successor Trustee OWNIT Liquidating Trust
jspomerantz@pszjlaw.com, jspomerantz@pszjlaw.com

Cassandra J Richey on behalf of Creditor DB Structured Products, Inc.
cmartin@pprlaw.net

Sarah Jane Robinson on behalf of Defendant Gary McDaniel
sjr@robinson-thatcher.com

Ronald D. Roup on behalf of Defendant Roup & Associates
ecf@rouplaw.com

Nanette D Sanders on behalf of 3rd Pty Defendant United Mortgage & Loan Investment LLC
becky@ringstadlaw.com

Timothy J Silverman on behalf of Creditor MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
tim@sgsslaw.com

Nathan F Smith on behalf of Creditor Wells Fargo Bank, NA
nathan@mclaw.org

James K Snyder on behalf of Defendant Bank of New York Mellon
ksnyder@dykema.com, cacossano@dykema.com

John M Sorich on behalf of Creditor Chase Home Finance, LLC as servicing agent for Mortgage Electronic Registration Systems, Inc., as nominee for Ownit Mortgage Solutions, Inc.
generalmail@aswlawoffice.com, kbernal@alvaradoca.com

Derrick Talerico on behalf of Creditor Merrill Lynch Mortgage Capital Inc
dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com

James A Timko on behalf of Creditor WA-Bellevue Gateway LLC
jtimko@allenmatkins.com

Robert Trodella on behalf of Creditor Countrywide Financial Corporation
robert.trodella@hellerehrman.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

568671v2

Darlene C Vigil on behalf of Creditor IndyMac Bank, F.S.B. and Federal Deposit Insurance Corporation as Conservator for IndyMac Federal Bank, FSB
cdcaecf@bdfgroup.com

Edward T Weber on behalf of Interested Party Courtesy NEF
bknotice@rcolegal.com

John M White - SUSPENDED - on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY
scleere@houser-law.com

Alan Steven Wolf on behalf of Creditor Citibank USA NA
wdk@wolffirm.com

Jennifer C Wong on behalf of Creditor Select Portfolio Servicing, Inc.
bknotice@mccarthyholthus.com

Les A Zieve on behalf of Creditor CITIMORTGAGE, INC.
bankruptcy@zievelaw.com

Martin S Zohn on behalf of Counter-Defendant JPMORGAN CHASE BANK, N.A. and J.P. MORGAN MORTGAGE ACQUISITION CORP.
mzohn@proskauer.com

*Kathryn Gose    kgose@stutman.com*
*Amy Yeh    ayeh@pldlawyers.com*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**
568671v2

**3.    TO BE SERVED BY THE LODGING PARTY**:

Post Confirmation Service List
(Revised 1/31/12)
Ownit Mortgage Solutions, Inc.
Document No. 470075

~~Honorable Victoria Kaufman~~
~~U.S. Bankruptcy Court~~
~~21041 Burbank Blvd., Suite 301~~
~~Woodland Hills, CA 91367~~

~~Office of the U.S. Trustee~~
~~Jennifer Braun, Esq.~~
~~21051 Warner Center Lane~~
~~Suite 115~~
~~Woodland Hills, CA 91367~~

Mediator
Kimberly S. Winick, Esq.
Clark & Trevithick
800 Wilshire Blvd., 12th Floor
Los Angeles, CA  90017

Attorney/UBS Real Estate Sec.
Alan Marder, Esq.
Meyer, Suozzi, English & Klein, PC
990 Stewart Ave., Suite 300
P.O. Box 9194
Garden City, NY  11530

Attorney/FDIC as receiver for
Irwin Union Bank and Trust
Stephanie Krafchak, Esq.
Krafchak & Lynch
2029 Century Park East, Suite 900
Los Angeles, CA  90067

Attorney/Irwin Home Equity Corp
Tina M. Pivonka, Esq.
Mulvaney, Kahan & Barry LLP
401 West "A" St., 17th Floor
San Diego, CA  92101

Ownit Liquidating Trustee
M. Freddie Reiss/Amir Agam
FTI Consulting, Inc.
633 West Fifth Street, 16th Floor
Los Angeles, CA  90071-2889

Counsel to WARN Plaintiffs
Daniel I. Barness, Esq.
Spiro Moss Barness LLP
11377 W. Olympic, 5th Fl.
Los Angeles, CA  90064

Sp. Counsel to Ownit Liq. Trust
Ira Kharasch/Linda Cantor/Jonathan Kim
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA  90067-4100

Sp. Counsel to Ownit Liq. Trust
Jeffrey K. Garfinkle, Esq.
Buchalter Nemer
18400 Von Karman Ave., Ste. 800
Irvine, CA  92612

Counsel to Cloverlink Systems
James A. Hayes, Jr., Esq.
A Professional Law Corporation
34300 Lantern Bay Dr., Unit 51
Dana Point, CA  92629

Credit Suisse/DLJ Mortgage Capital
Megan Kane
Credit-Suisse
11 Madison Avenue
New York, NY  10010-3629

Security Pacific Home Loans
Nectar Kalajian
Security Pacific Home Loans
1907 Country Lane
Pasadena, CA  91107

Countrywide HomeLoans/BofA
Attn:  Paul T. Liu
MC CA7-910-01-03
4500 Park Granada
Calabasas, CA 91302

Neil Luria
RFC
15900 South Park Boulevard
Cleveland, OH  44120

John G. Ruckdaschel, Esq.
GMAC-RFC
8400 Normandale Lake Blvd., Ste 350
Minneapolis, MN  55437-1059

Counsel to Residential Funding
Stephen D. Lerner, Esq.
Squire Sanders & Dempsey, LLP
221 E. Fourth St., Suite 2900
Cincinnati, OH 45202-4095

Rep. of Nomura Credit & Capital
Juliet F. Buck
Nomura Securities International
2 World Financial Ctr., Bldg. B
New York, NY  10281

Counsel to Nomura Credit & Capital, Inc.
Lorraine McGowen, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103

Counsel to Clear Capital.com, Inc.
Attn:  H. Hukari, Gen. Counsel
Clear Capital
10875 Pioneer Trail
Truckee, CA  96161

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
568671v2

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Ofc Unemp. Comp. Tax Services etc.<br>Timothy A. Bortz<br>UC Tax Agent/Bankruptcy Rep.<br>625 Cherry Street, Room 203<br>Reading, PA 19602-1184 | Counsel to Merrill Lynch Mortgage<br>Lance Jurich and Derrick Talerico<br>Loeb & Loeb<br>10100 Santa Monica Blvd., Suite 2200<br>Los Angeles, CA 90067 | Daniel Cohen, Default-Restr Act Mgr<br>Wells Fargo Bank -Corp. Trust Serv.<br>9062 Old Annapolis Road<br>MAC N2702-011<br>Columbia, MD 21045 |
| Counsel to Mortgage Elec. Regis. Sys.<br>Brian A. Paino/Alison Maloof<br>Pite Duncan, LLP<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Irene Cannon-Geary<br>Office of General Counsel<br>Deloitte & Touche USA LLP<br>1633 Broadway<br>New York, NY 10019 | Collateral Risk Solutions, Inc.<br>Law Office of William P. Fennell<br>1111 Sixth Avenue, Suite 404<br>San Diego, CA 92101 |
| Counsel to Graystone Solutions et al.<br>Parisa Sadoughianzadeh, Esq.<br>Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200<br>San Diego, CA 92117 | Counsel to LaSalle Bank Nat'l Assoc.<br>Alston & Bird LLP<br>Attn: J. William Boone<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424 | Counsel Countrywide FC/Credit Suisse<br>Robert A. Trodella, Jr.<br>Jones Day<br>555 California, 26th Floor<br>San Francisco, CA 94104 |
| William D. Dallas<br>c/o Susan Wolf, Esq.<br>Seyfarth Shaw LLP<br>333 S. Hope Street, Suite 3900<br>Los Angeles, CA 90067-3021 | William D. Dallas<br>32123 W. Lindero Cyn Rd., #204<br>Westlake Village, CA 91361 | Counsel BAC HL fka Countrywide<br>Richard J. Bauer, Jr., Esq.<br>Miles, Bauer, Bergstrom & Winters<br>1231 E. Dyer Rd., Ste. 100<br>Santa Ana, CA 92705 |
| C-Bass Liquidation Trust<br>Clifford A. Zucker, As Liquidation Trustee<br>c/o J.H. Cohn LLP<br>333 Thornall St.<br>Edison, NJ 08837 | Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022<br>Attn: Mark T. Power | |
| Michael Press<br>Pontus Capital<br>7825 Fay Avenue; Suite 360<br>La Jolla, CA 92037 | David Boberg<br>Countrywide Home Loans, Inc.<br>4500 Park Granada<br>Calabasas, CA 91302 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.